RECEIVED
NOV 03 2017
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

CRIMINAL CASE NO. 4:17CR131
18 U.S.C. § 1347
18 U.S.C. § 1349

SCOTT E. NELSON
CHARLINE BRANDON, a.k.a. Hadiya Imani El Bey
WENDELL BRANDON, a.k.a. Omari Ibrahim El Bey
ANNETTE LOFTON

**PENALTIES**

**COUNT ONE**

Not more than 10 years imprisonment – 18 U.S.C. §§ 1347 & 1349
Not more than $250,000 fine, or both – 18 U.S.C. § 3571 (b)(3)
Not more than 3 years supervised release – 18 U.S.C. § 3583 (b)(2)
$100 special assessment – 18 U.S.C. § 3013 (a)(2)(A)

**COUNTS TWO THROUGH THIRTEEN**

Not more than 10 years imprisonment – 18 U.S.C. §§ 1347
Not more than $250,000 fine, or both – 18 U.S.C. § 3571 (b)(3)
Not more than 3 years supervised release – 18 U.S.C. § 3583 (b)(2)
$100 special assessment – 18 U.S.C. § 3013 (a)(2)(A)