**CRIMINAL CASE COVER SHEET** — **U.S. DISTRICT COURT**
Complete entire form

**Place of Offense:**
City: Cleveland
County: Bolivar

RECEIVED
NOV 03 2017
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**Related Case Information:**
Superseding: ☐ Yes ☑ No  If yes, Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R20/R40 from District of _____
Related Criminal Case Number 4:17-CR-119-MPM

**Defendant Information:**
Juvenile: ☐ Yes ☑ No   If yes, Matter to be sealed: ☐ Yes ☐ No
Defendant Name: SCOTT E. NELSON
Alias Name: _____
Address: Cleveland, MS
DOB: 1963  SS#: xxx-xx-4504  Sex: M  Race: W  Nationality: _____
Represented by: Phil Mansour

**U.S. Attorney Information:** AUSA Clayton A. Dabbs  Bar # 101537
Interpreter: ☐ Yes ☑ No   List Language and/or dialect: _____

**Location Status:**
Pretrial Release: ☑ Yes ☐ No   In Custody: ☐ Yes ☑ No
Federal _____ State _____ Date of Arrest _____
Location _____

**U.S.C. Citations**
Total # of Counts: 13   ☐ Petty  ☐ Misdemeanor  ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18:1349.F | ATTEMPT AND CONSPIRACY TO COMMIT FRAUD | 1 |
| Set 2  18:1347.F | HEALTH CARE FRAUD | 1-13 |
| Set 3 | | |
| Set 4 | | |

Date: 11/2/2017   Signature of AUSA [signature]

**District Court Case Number:**
(To be entered by Clerk)  4:17CR131