| CRIMINAL CASE COVER SHEET | U.S. DISTRICT COURT |
|---|---|
| | Complete entire form |

**Place of Offense:**
City Cleveland
County Bolivar

RECEIVED
NOV 03 2017
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**Related Case Information:**
Superseding: ☐ Yes ☑ No  If yes, Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R20/R40 from District of _____
Related Criminal Case Number 4:17-CR-119-MPM

**Defendant Information:**
Juvenile: ☐ Yes ☑ No   If yes, Matter to be sealed: ☐ Yes ☐ No
Defendant Name CHARLINE BRANDON
Alias Name Hadiya Imani El Bey
Address Cleveland, MS
DOB 1956   SS# xxx-xx-5616  Sex F  Race B  Nationality _____
Represented by: John Daniels, Gaines Dyer, Gerald Jacks

**U.S. Attorney Information:** AUSA Clayton A. Dabbs   Bar # 101537
Interpreter: ☐ Yes ☑ No  List Language and/or dialect: _____

**Location Status:**
Pretrial Release ☑ Yes ☐ No   In Custody ☐ Yes ☑ No
Federal _____ State _____  Date of Arrest _____
Location _____

**U.S.C. Citations**
Total # of Counts 10   ☐ Petty  ☐ Misdemeanor  ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18:1349.F | ATTEMPT AND CONSPIRACY TO COMMIT FRAUD | 1 |
| Set 2 18:1347.F | HEALTH CARE FRAUD | 1-10 |
| Set 3 | | |
| Set 4 | | |

Date: 11/2/2017   Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)   4:17CR131