**CRIMINAL CASE COVER SHEET**         **U.S. DISTRICT COURT**
Complete entire form

**Place of Offense:**      **Related Case Information:**

City: Cleveland     Superseding: ☐ Yes ☑ No   If yes, Case No. _____
                             Same Defendant _____ New Defendant _____

County: Bolivar

**RECEIVED NOV 03 2017 — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF MISSISSIPPI**

Magistrate Judge Case Number _____
Search Warrant Case Number _____
R20/R40 from District of _____
Related Criminal Case Number: 4:17-CR-119-MPM

**Defendant Information:**

Juvenile: ☐ Yes ☑ No    If yes, Matter to be sealed: ☐ Yes ☐ No
Defendant Name: WENDELL BRANDON
Alias Name: Omari Ibrahim El Bey
Address: Memphis, TN
DOB: 1984   SS#: xxx-xx-2888   Sex: M   Race: B   Nationality: _____
Represented by: Josh Bogen

**U.S. Attorney Information:** AUSA Clayton A. Dabbs   Bar #: 101537

Interpreter: ☐ Yes ☑ No   List Language and/or dialect: _____

**Location Status:**

Pretrial Release ☑ Yes ☐ No    In Custody ☐ Yes ☑ No
Federal _____ State _____   Date of Arrest _____
Location _____

**U.S.C. Citations**

Total # of Counts: 10    ☐ Petty   ☐ Misdemeanor   ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1: 18:1349.F | ATTEMPT AND CONSPIRACY TO COMMIT FRAUD | 1 |
| Set 2: 18:1347.F | HEALTH CARE FRAUD | 1-10 |
| Set 3 | | |
| Set 4 | | |

Date: 11/2/2017    Signature of AUSA: _[signature]_

**District Court Case Number:** (To be entered by Clerk)    4:17CR131