IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**CRIMINAL MINUTES - GENERAL**

No. 4:17-cr-131-1

UNITED STATES OF AMERICA V. SCOTT E. NELSON

Place Held: Greenville, Mississippi

Date & Time Began: April 24, 2019, 12:59 p.m.
Date & Time Ended: April 24, 2019, 1:43 p.m.

TOTAL TIME: 44 MINUTES

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| Rita Thomas<br>Courtroom Deputy | Digital<br>Official Court Reporter |
| FOR THE GOVERNMENT:<br>Clayton A. Dabbs | FOR THE DEFENDANT:<br>Philip Mansour, Jr. |

Proceedings: Telephonic Status Conference

Remarks: Conference held.

DAVID CREWS, Clerk of Court

By: /s/ Rita Thomas
    Rita Thomas, Courtroom Deputy