IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                 CRIMINAL CASE NO. 4:17-CR-131-DMB-JMV
                                    18 U.S.C. § 4

SCOTT E. NELSON

## **INFORMATION**

The United States Attorney charges that:

**Count One**

From on or about June 2010 until on or about March 2015, in the Northern District of Mississippi, the defendant, SCOTT E. NELSON, having knowledge of the commission of a felony cognizable by a court of the United States did conceal the same and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4

                                                             WILLIAM C. LAMAR
                                                             UNITED STATES ATTORNEY
                                                             MS BAR NO. 8479