IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 4:17-CR-131-DMB-JMV
18 U.S.C. § 4

SCOTT E. NELSON

## PENALTIES

Not more than 3 years imprisonment – 18 U.S.C. § 4
Not more than $250,000 fine, or both – 18 U.S.C. § 3571 (b)(3)
Not more than 1 year supervised release – 18 U.S.C. § 3583 (b)(3)
$100 special assessment – 18 U.S.C. § 3013 (a)(2)(A)