IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 4:17-CR-131-DMB-JMV

SCOTT E. NELSON

## PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1. **GUILTY PLEA**: The defendant agrees to plead guilty under oath to Count One of an Information, which charges that the defendant, SCOTT E. NELSON, having knowledge of the commission of a felony cognizable by a court of the United States did conceal the same and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4, which carries maximum possible penalties of not more than 3 years imprisonment, not more than 1 year supervised release, not more than $250,000 fine and a special assessment of $100 and restitution as appropriate.

2. **OTHER CHARGES**: The United States agrees not to charge the defendant with any other offenses arising from or related to the above charge and agrees to dismiss all other charges in the indictment upon the conclusion of sentencing on Count One of the Information.

3. **RESTITUTION**: The defendant understands that the Court may order restitution in accordance with the provisions of 18 U.S.C. Section 3663 for all offenses committed and specifically agrees that restitution is not limited to the count of conviction.

4. **OTHER AUTHORITIES**: This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

5. **WAIVER OF ALL APPEALS AND COLLATERAL ATTACKS**: Except for prosecutorial misconduct and ineffective assistance of counsel relating to the validity of the waiver of appeal and the validity of the guilty plea itself, defendant hereby expressly waives any and all rights to appeal the conviction and/or sentence imposed in this case, and the manner in which sentence was imposed, on any ground whatsoever, including but not limited to the grounds set forth in 18 U.S.C. § 3742. Except for prosecutorial misconduct and ineffective assistance of counsel relating to the validity of the waiver of appeal and the validity of the guilty plea itself, defendant also hereby expressly waives all rights to contest or collaterally attack the conviction and/or sentence, and the manner in which sentence was imposed, in any post-conviction proceeding, including but not limited to a motion brought pursuant to 28 U.S.C. § 2255. Defendant waives these rights in exchange for the concessions and recommendations made by the United States in this plea agreement.

6. **VIOLATIONS OF THIS AGREEMENT**: If defendant violates this agreement, all statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal

Rules of Evidence. Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

7. ACKNOWLEDGMENTS: Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea of guilty. Furthermore, no promise or representation whatsoever has been made to the defendant as to what consequences the defendant may face related to his State medical license, his billing privileges with Medicaid and/or Medicare and his prescription privileges with the Drug Enforcement Administration, as well as any other licenses or privileges associated with the defendant's ability to practice medicine as a licensed medical doctor. This agreement fully reflects all promises, agreements, and understandings between the defendant and the United States Attorney. The defendant's agreement is knowing, free, and voluntary, and not the product of force, threat, or coercion. The defendant is pleading guilty because defendant is in fact guilty.

This the 5TH day of August, 2019.

_____
WILLIAM C. LAMAR
United States Attorney
Mississippi Bar No. 8479

**AGREED AND CONSENTED TO:**

_____
SCOTT E. NELSON
Defendant

**APPROVED:**

_____
PHILIP MANSOUR, JR
Attorney for Defendant
Mississippi Bar No. 1857

3