IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**CRIMINAL MINUTES - GENERAL**

No. 4:17-cr-131-1

UNITED STATES OF AMERICA V. SCOTT E. NELSON

Place Held: Greenville, Mississippi

Date & Time Began: August 20, 2019, 2:59 p.m.
Date & Time Ended: August 20, 2019 3:30 p.m.

TOTAL TIME: 31 MINUTES

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| Rita Thomas | Brenda Blackburn |
| Courtroom Deputy | Official Court Reporter |

FOR THE GOVERNMENT:
Clayton A. Dabbs
Kimberly M. Hampton

FOR THE DEFENDANT:
Philip Mansour, Jr.

U.S. PROBATION:
Blaine Anderson

Proceedings: Waiver of Indictment, Filing of Information, Plea Hearing

Remarks: Indictment waived. Defendant pleaded guilty to Count One of the Information. Court's decision on plea agreement deferred pending review of presentence report. Bond continued. Sentencing set for 12/03/2019.

DAVID CREWS, Clerk of Court

By: /s/ Rita Thomas
Rita Thomas, Courtroom Deputy