**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

UNITED STATES OF AMERICA

V.

SCOTT E. NELSON

NO. 4:17-CR-131-1

## ORDER SETTING SENTENCING

Pursuant to the change of plea on August 20, 2019 and the adjudication of the defendant's guilt,

IT IS ORDERED:

1. The sentencing hearing in this matter will be held on **December 3, 2019** at the United States Federal Building, Courtroom 1, 305 Main Street, Greenville, Mississippi.

2. The United States Probation Office shall conduct a presentence investigation and prepare a presentence report. Fed. R. Crim. P. 32(c)&(d); 18 U.S.C. § 3552(a); U.S.S.G. § 6A1.1.

3. The probation officer shall disclose the completed report to counsel for the defendant and counsel for the government on or before October 22, 2019. Except for proposed special conditions of supervision, the probation officer shall not disclose any recommendation made or to be made, except to the Court. Fed. R. Crim. P. 32(e)(3).

4. Counsel shall attempt in good faith to resolve disputes over any material in the presentence report. All arithmetical, typographical, or other clear errors should be handled informally, by counsel, with the probation officer. Any unresolved objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the presentence report, shall be filed as a restricted document by the objecting party on or before November 5, 2019. Fed. R. Crim. P. 32(f)(2); and U.S.S.G. § 6A1.2(b). Any unresolved objections will be included in the addendum to the presentence report. Responses to objections, if any, are due seven (7) days after the objections are filed.

5. Any sentencing memoranda and/or supporting documents addressing all relevant sentencing issues, including motions for departure, shall be filed as restricted documents by the appropriate party on or before November 13, 2019. Any reference letters shall also be filed as restricted documents and in sufficient advance of the sentencing hearing. Objections shall not be

included in a sentencing memorandum.

6. The presentence report, in final form, including any unresolved objections, will be delivered to the Court and the parties on or before November 20, 2019. Fed. R. Crim. P. 32(g); U.S.S.G. § 6A1.2(c).

7. The Court will resolve any objections to the presentence report at the sentencing hearing. Fed. R. Crim. P. 32(i); U.S.S.G. § 6A1.3.

8. All parties intending to have witnesses testify at the sentencing hearing shall give notice to the Court ten (10) days before the sentencing date.

9. Any failure to comply with the deadlines in this Order, or any extensions of the deadlines granted, may result in a continuance of the sentencing hearing.

**SO ORDERED**, this 29th day of August, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**