IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 4:17-CR-131-1

SCOTT E. NELSON

## NOTICE

TAKE NOTICE that a proceeding in this case has been SET as follows:

| Place | Date and Time |
|---|---|
| **United States Federal Building**<br>**305 Main Street**<br>**Greenville, Mississippi 38701**<br><br>**Courtroom 1 – Third Floor** | **December 3, 2019**<br>**11:00 a.m.** |

Type of Proceeding

**SENTENCING AS TO COUNT ONE OF THE INDICTMENT
BEFORE UNITED STATES DISTRICT JUDGE DEBRA M. BROWN**

***ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENTS OF COURT APPEARANCES**

DAVID CREWS, Clerk of Court

By: /s/ Rita Thomas
Rita Thomas, Courtroom Deputy

Date: August 29, 2019

Electronic notice only to:
Philip Mansour, Jr.           U.S. Probation Service
Clayton A. Dabbs              U.S. Marshal Service
Kimberly M. Hampton
Robert J. Mims

Questions should be directed to Judge_Brown@msnd.uscourts.gov