## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 4:17-CR-131-DMB-JMV |
| v. ) | |
| ) | 4:17-CR-131-DMB-JMV-1 (Nelson) |
| SCOTT E. NELSON, CHARLINE ) | 4:17-CR-131-DMB-JMV-2 (C. Brandon) |
| BRANDON, WENDELL BRANDON ) | 4:17-CR-131-DMB-JMV-3 (W. Brandon) |
| and ANNETTE LOFTON ) | 4:17-CR-131-DMB-JMV-4 (Lofton) |
| ) | |

### DEFENDANT SCOTT E. NELSON'S PROPOSED WITNESS LIST

The Defendant, SCOTT E. NELSON, by and through his undersigned counsel, hereby submits the following list of individuals who will or may be called as witnesses at the Sentencing Hearing in the above-captioned case.

1. Erica N. Johnson
2. Wendy Overstreet, Administrator, Hospice Of North Sunflower
3. Ernest Sims
4. Vicky Thomas
5. Yvonne Davis
6. Talmage Davis
7. Rhett Nelson
8. Luke Nelson
9. Billy Nowell, Mayor of Cleveland, Mississippi
10. Todd Jones, N.H.A., Administrator/Owner, Oak Grove Retirement Home, Inc.
11. Steve Azar
12. John Fairman, CEO, Delta Health Center
13. Mario A. Giles

**Respectfully submitted,**

s/ *Philip Mansour, Jr.*
MANSOUR & ADAMS
143 North Edison Street
P. O. Box 1406
Greenville, MS  38702-1406
Phone: (662) 378-2244
Fax:    (662) 378-2246
Email: phil@mansouradams.com
*Attorney for Defendant, Scott E. Nelson*

Date:   November 22, 2019

*Certificate of Service*

    I hereby certify that on November 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Clayton A. Dabbs, Esq.
clay.dabbs@usdoj.gov
Robert J. Mims, Esq.
robert.mims@usdoj.gov
Kimberly Hampton, Esq.
kimberly.hampton@usdoj.gov
*Assistant United States Attorneys*

                                              s/   *Philip Mansour, Jr.*