## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 4:17-CR-131-DMB-JMV |
| v. ) | |
| ) | 4:17-CR-131-DMB-JMV-1 (Nelson) |
| SCOTT E. NELSON, CHARLINE ) | 4:17-CR-131-DMB-JMV-2 (C. Brandon) |
| BRANDON, WENDELL BRANDON ) | 4:17-CR-131-DMB-JMV-3 (W. Brandon) |
| and ANNETTE LOFTON ) | 4:17-CR-131-DMB-JMV-4 (Lofton) |
| ) | |

### MOTION TO CONTINUE SENTENCING

**COME NOW** PHILIP MANSOUR, JR., Movant herein, attorney for Defendant SCOTT E. NELSON, and moves this Court to continue the sentencing hearing for said Defendant, and would respectfully state unto this Court the following:

1.

Counsel for Scott Nelson, Movant herein, has sustained an injury to his back for which surgery will be required. After the surgery, counsel will be in a period of rehabilitation, and therefore will be unable to prepare for or attend the sentencing in the above matter currently scheduled for Tuesday, December 3, 2019.

2.

Movant has discussed this matter with the Honorable Clayton A. Dabbs, Assistant United States Attorney, and he has advised Movant that he has no objection to continuing said hearing.

**WHEREFORE, PREMISES CONSIDERED,** Movant respectfully requests that the Court continue this hearing to a date and time convenient with the Court and the parties.

**RESPECTFULLY SUBMITTED,** this, the 25th day of November, 2019.

**Respectfully submitted,**

s/ <u>Philip Mansour, Jr.</u>
MANSOUR & ADAMS
143 North Edison Street
P. O. Box 1406
Greenville, MS  38702-1406
Phone:     (662) 378-2244
Fax:          (662) 378-2246
Email:      phil@mansouradams.com

*Attorney for Defendant, Scott E. Nelson*

Date:   November 25, 2019

### *Certificate of Service*

    I hereby certify that on November 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Clayton A. Dabbs, Esq.
clay.dabbs@usdoj.gov
Robert J. Mims, Esq.
robert.mims@usdoj.gov
Kimberly Hampton, Esq.
kimberly.hampton@usdoj.gov
*Assistant United States Attorneys*

s/ <u>Philip Mansour, Jr.</u>