IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 4:17-CR-131-1

SCOTT E. NELSON

## ORDER CONTINUING SENTENCING

On November 25, 2019, Scott E. Nelson moved to continue his sentencing hearing now set for December 3, 2019. Doc. #184. As grounds, Nelson represents that his counsel "has sustained an injury to his back for which surgery will be required" and that the government does not object to the continuance requested.

Upon consideration, the motion [184] is **GRANTED**. Nelson's sentencing hearing will be reset by separate notice.

**SO ORDERED**, this 25th day of November, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**