**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

**V.**                                                                    **NO. 4:17-CR-131-1**

**SCOTT E. NELSON**

## NOTICE

TAKE NOTICE that a proceeding in this case has been SET as follows:

---

Date and Time

**January 7, 2020
2:00 p.m.**

---

Type of Proceeding

**TELEPHONIC STATUS CONFERENCE
BEFORE U. S. DISTRICT JUDGE DEBRA M. BROWN**

**TO BE INITIATED BY THE GOVERNMENT'S COUNSEL BY
CALL TO 662-390-4354 AFTER ALL PARTIES ARE ON THE LINE**

---

DAVID CREWS, Clerk of Court

By: /s/ Rita Thomas
    Rita Thomas, Courtroom Deputy

Date:   December 23, 2019

Electronic notice only to:
Philip Mansour, Jr.                    U.S. Probation Service
Clayton A. Dabbs                       U.S. Marshal Service
Kimberly M. Hampton
Robert J. Mims