IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**CRIMINAL MINUTES - GENERAL**

No. 4:17-cr-131-1

UNITED STATES OF AMERICA V. SCOTT E. NELSON

Place Held: Greenville, Mississippi

Date & Time Began: January 7, 2020, 2:00 p.m.
Date & Time Ended: January 7, 2020, 2:26 p.m.

TOTAL TIME: 26 MINUTES

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| Rita Thomas | Brenda Blackburn |
| Courtroom Deputy | Official Court Reporter |
| FOR THE GOVERNMENT: | FOR THE DEFENDANT: |
| Clayton A. Dabbs | Philip Mansour, Jr. |
| Kimberly M. Hampton | |

Proceedings: Telephonic Status Conference

Remarks: Conference held. Parties are to advise the Court within 14 days how they wish to proceed regarding the continuation of defendant's sentencing hearing.

DAVID CREWS, Clerk of Court

By: /s/ Rita Thomas
Rita Thomas, Courtroom Deputy