IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                                                                              NO. 4:17-CR-131-1

SCOTT E. NELSON

### ORDER CONTINUING TRIAL

On April 9, 2021, Scott E. Nelson filed a motion to continue the June 7, 2021, trial date. Doc. #272. As grounds, the motion represents that the trial "has been scheduled to last approximately six weeks and is going to involve numerous witnesses both local and out of town;" "many of the witnesses … are not only elderly but also … compromised from a health standpoint;" a trial will place both witnesses and jurors at an increased risk of exposure to the COVID-19 virus; and a continuance until "a date where all parties concerned can be assured of a safe and uninterrupted trial" is necessary. *Id.* at 2. The motion also represents that the government has no objection to a continuance. *Id.*

Because the Court concludes that the ends of justice served by granting a continuance to mitigate exposure of COVID-19 to all those who will be involved in the multi-week trial in this case outweigh the best interest of the public and Nelson in a speedy trial, the motion [272] is **GRANTED**.

Trial is continued to October 12, 2021. The deadline to file any motions in limine, and to file any objections to anticipated exhibits and witnesses, is July 26, 2021.[1] The delay from this

---

[1] The title of the motion suggests that Nelson also sought the extension of a pretrial deadline but such is not mentioned in the body of the motion. The Court nevertheless extends the two deadlines pending at the time the motion was filed.

date until the commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**, this 13th day of April, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**