# EXHIBIT "A"



# Daily New Cases in the United States





- More than 100,000 U.S. cases have been identified per day on average over the past two weeks, as the delta variant continues to make up the vast majority of infections, according to the Centers for Disease Control and Prevention.

PROMOTED

- New Hampshire is reporting more new cases per capita than any other state, but infections
- New Hampshire is reporting more new cases per capita than any other state, but infections are increasing in 41 out of 50 states, according to a *New York Times* analysis.

- Infections are surging the most in Connecticut, which has reported a 185% spike in cases over the past two weeks, followed by Maine (+138%), Mississippi (+99%), Delaware (+96%) and Rhode Island (+96%).