IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 4:17-CR-131-1

SCOTT E. NELSON

## ORDER UNSEALING TRANSCRIPT

On December 27, 2021, the government filed a motion to unseal the sealed portion of the transcript of Annette Lofton's sentencing hearing for the limited purpose of providing a copy of it to Scott Nelson. Doc. #286. The government submits Nelson is entitled to the sealed portion of the transcript in preparation for trial in this case because Lofton, one of Nelson's codefendants, pled guilty to Count One of the Indictment; it expects to call Lofton as a witness at Nelson's trial; the sealed portion relates to Lofton's cooperation with the government; and "the substance of Lofton's statements at her sentencing hearing are related to her expected testimony at trial." *Id*. at 1.

Because the Court concludes the sealed portion of Lofton's sentencing transcript should be unsealed for the limited purpose stated in the motion, the motion to unseal [286] is **GRANTED**. The Clerk of Court is **DIRECTED** to unseal the sealed portion of Lofton's sentencing transcript only for the limited purpose of allowing the government to disclose such to Nelson.

**SO ORDERED**, this 28th day of December, 2021.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**