# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No.: 4:17-CR-131-DMB-1 |
| ) | |
| SCOTT E. NELSON ) | |
| ) | |

## MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, SCOTT E. NELSON, by and through his undersigned attorney and moves the Court for a continuance of the above-styled and numbered cause, and in support thereof would show as follows:

1. The trial of this matter is currently set to begin on **Monday, February 7, 2022**, and is estimated to last approximately four to six weeks.

2. That due to a number of witness conflicts, along with the current state of the COVID epidemic, and additional scheduling issues with respect to various expert witnesses, the Defendant moves the Court to continue this case to a date and time convenient with all of the parties and the Court.

3. The Defendant would further request that all trial subpoenas previously issued by the parties for the February 7, 2022 trial date be continued to and held over for a new trial setting.

4. The Defendant's attorney would further state that he has consulted with the attorneys for the Government and they are in agreement that this matter should be continued.

5. In addition, the U.S. Attorney, Clayton A. Dabbs, Esq., has informed counsel for Defendant that he has now tested positive for COVID and is currently in quarantine for same.

**RESPECTFULLY SUBMITTED,** this, the 26th day of January, 2022.

                                            Philip Mansour, Jr. (MSB #1857)
MANSOUR & ADAMS
143 North Edison Street
P. O. Box 1406
Greenville, MS 38702-1406
Phone: (662) 378-2244
Fax: (662) 378-2246
Email: phil@mansouradams.com
*Attorney for Defendant, Scott E. Nelson*

### *Certificate of Service*

I hereby certify that on January 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Clayton A. Dabbs, Esq.
    clay.dabbs@usdoj.gov
    Robert J. Mims, Esq.
    robert.mims@usdoj.gov
    Kimberly Hampton, Esq.
    kimberly.hampton@usdoj.gov
    *Assistant United States Attorneys*

                                            Philip Mansour, Jr.