IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V. NO. 4:17-CR-131-1

SCOTT E. NELSON

### ORDER CONTINUING TRIAL

On January 26, 2022, Scott Nelson filed a motion to continue the February 7, 2022, trial date and all trial subpoenas previously issued. Doc. #296. Nelson represents that a continuance is necessary "due to a number of witness conflicts, along with the current state of the COVID epidemic, and additional scheduling issues with respect to various expert witnesses."[1] *Id.* at 1. Nelson further represents that the government does not oppose the relief requested. *Id.*

The Court concludes the ends of justice will be served by continuing trial to resolve witness conflicts and scheduling issues and to monitor the status of reported COVID-19 cases. Because the Court also concludes such ends outweigh the best interest of the public and Nelson in a speedy trial, the motion [296] is **GRANTED**.

Trial is continued to **Monday, March 21, 2022**. The delay from this date until the commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A). All trial subpoenas previously issued by the parties are continued to the date trial commences.

**SO ORDERED**, this 27th day of January, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] Nelson also indicates that one of the government's attorneys "has now tested positive for COVID and is currently in quarantine for same." Doc. #296 at 1.