IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO.: 4:17CR131

SCOTT E. NELSON

## MOTION TO DISMISS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Northern District of Mississippi hereby moves the Court to dismiss Count Eleven of the Indictment in the above-styled cause. The patient "L.H." referenced in Count Eleven is deceased and not available to testify. Accordingly, the Government is no longer pursuing the charges in Count Eleven.

            CLAY JOYNER
            United States Attorney
            Mississippi Bar No.: 10316

By:    */s/ Clayton A. Dabbs*
       CLAYTON A. DABBS
       Assistant United States Attorney
       Mississippi Bar No. 101537
       900 Jefferson Avenue
       Oxford, MS 38655
       Email:  clay.dabbs@usdoj.gov
       Telephone    662-234-3351

## CERTIFICATE OF SERVICE

I, Clayton A. Dabbs, Assistant United States Attorney for the Northern District of Mississippi, hereby certify that I electronically filed the foregoing **Motion to Dismiss** with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

This the 14th day of March, 2022.

                                                     */s/ Clayton A. Dabbs*
                                                   CLAYTON A. DABBS
                                                   Assistant United States Attorney