IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA,

    Plaintiff,

V.                                                                                                                     CAUSE NO. 4:17-CR-131

SCOTT E. NELSON,

    Defendant.

TO:    THE HONORABLE CLERK FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**ENTRY OF APPEARANCE**

    Please enter the appearance as counsel for the above Defendant, Scott E. Nelson, of the undersigned, Arthur H. Calderón of Calderón Law, who is a member in good standing of the Mississippi Bar Association, of the Supreme Court of the State of Mississippi and of this Honorable Court.

    Respectfully submitted this the 18th day of March 2022.

                                                                   */s/Arthur H. Calderón*
                                                                   Arthur H. Calderón, MSB 103917
                                                                   ATTORNEY FOR DEFENDANT

Calderón Law
103 S. Court St., Ste. 101
P.O. Box 1818
Cleveland, MS 38732
Phone: (662) 545-4445
Fax: (662) 796-3689
Email: arthur@msdeltalaw.com

## CERTIFICATE OF SERVICE

I hereby further certify that I have on this day electronically filed said

ENTRY OF APPEARANCE

with the Clerk of the Court using the ECF filing system on March 18, 2022, which presumably will send notification of such filing to Assistant United States Attorneys Clayton A. Dabbs, Kimberly M. Hampton, and all other attorneys as may have entered an appearance in this cause.

So certified, this the 18th day of March 2022.

/s/Arthur H. Calderón
Arthur H. Calderón, MSB 103917
ATTORNEY FOR DEFENDANT