IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                                                                  NO. 4:17-CR-131-1

SCOTT E. NELSON

**ORDER**

On April 25, 2022, Scott E. Nelson filed a "Motion for Judgment of Acquittal and/or New Trial." Doc. #318. In violation of the Local Criminal Rules, Nelson attached his memorandum in support of his motion as an exhibit to the motion. *See* U.L. Cr. R. 47(B) ("Any memorandum of authorities shall be filed as a separate docket entry from the motion or response to which it relates and shall not be made an exhibit to a motion or response …."). Due to this procedural deficiency, the motion [318] is **DENIED without prejudice**. Within two (2) days of this order, Nelson may refile his motion for judgment of acquittal and/or new trial in accordance with the Local Criminal Rules.

**SO ORDERED**, this 26th day of April, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**