IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 4:17-CR-131-1

SCOTT E. NELSON

### ORDER

On August 15, 2022, Scott Nelson filed a motion to extend until August 26, 2022, his current August 17 deadline to file objections to the presentence report ("PSR"). Doc. #328. Two days later, Nelson filed his objections to the PSR. Doc. #329. Accordingly, the motion for extension [328] is **DENIED as moot**.

**SO ORDERED**, this 18th day of August, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**