IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 4:17-CR-131-1

SCOTT E. NELSON

### NOTICE

TAKE NOTICE that a proceeding in this case has been RESET as follows:

| Place | Date and Time |
|---|---|
| **United States Federal Building**<br>305 Main Street<br>Greenville, Mississippi  38701<br><br>**Courtroom 1 – Third Floor** | **November 16, 2022**<br>3:00 p.m. |

Type of Proceeding

**SENTENCING ON COUNTS ONE, TWO, THREE, FOUR, FIVE, SEVEN, EIGHT, AND TEN OF THE INDICTMENT BEFORE UNITED STATES DISTRICT JUDGE DEBRA M. BROWN**

\*==ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENTS OF COURT APPEARANCES==

DAVID CREWS, Clerk of Court

By: /s/Leketia Bryant
    Leketia Bryant, Courtroom Deputy

Date:   September 2, 2022

Electronic notice only to:
All Counsel of Record
U.S. Probation Service
U.S. Marshal Service