

**MEDICARE**

SCOTT NELSON, MD  
907 E SUNFLOWER RD, STE 104  
CLEVELAND MS 38732-2830

May 17, 2022

Document Control Number (DCN): 6220979161  
Provider Transaction Access Number (PTAN): 080004056 / 575796YJ9L / 779296  
National Provider Identifier (NPI): 1336220276

Dear Scott Nelson, MD:

After further review of the specific facts and circumstances of this matter, the Centers for Medicare & Medicaid Services (CMS) rescinds its determination, issued by notice dated April 12, 2022, revoking Scott Nelson's Medicare enrollment and billing privileges.

Thus, your Medicare Provider Transaction Access Number(s) (PTAN) has been reactivated with the effective date that existed prior to the revocation. There will be no break in billing privileges.

This rescission is made with full reservation of rights and authorities to conduct further inquiry and to take any action that the Centers for Medicare & Medicaid Services may determine to be appropriate. This includes potential future action that pertains to the particular underlying conduct that served as the basis of the now rescinded revocation.

If you were placed on the CMS Preclusion List as a result of the now rescinded revocation, you will be removed from the CMS Preclusion List.

Provider Enrollment information is found in our Enrollment Center on our website at www.novitas-solutions.com. If you have any questions, please contact our office at 1-855-252-8782 between the hours of 8:00 AM and 4:00 PM (CT and MT) Monday – Friday for providers/suppliers in Jurisdiction H (Arkansas, Colorado, Louisiana, Mississippi, New Mexico, Oklahoma, or Texas) or 1-877-235-8073 between the hours of 8:00 AM and 4:00 PM (EST) Monday – Friday for providers/suppliers in Jurisdiction L (Pennsylvania, New Jersey, Maryland, Delaware, the District of Columbia, the Counties of Arlington and Fairfax in Virginia or the City of Alexandria in Virginia).

Sincerely,

Miriam S.  
PE Provider Records Representative  
Novitas Solutions, Inc.

EXHIBIT B