DEPARTMENT OF HEALTH & HUMAN SERVICES
CENTERS for MEDICARE & MEDICAID SERVICES
7500 Security Boulevard, Mail Stop AR-19-51
Baltimore, Maryland 21244-1850



**Provider Enrollment & Oversight Group**

May 31, 2022

Scott E. Nelson, MD
110 East End Street, Suite A
Cleveland, Mississippi 38732

Re: Reconsideration Request
Legal Business Name: Scott Nelson
NPI: 1336220276
PTAN: 080004056 / 575796YJ9L / 779296
Reference Number: 6220979161

Dear Dr. Nelson:

This letter is in response to the reconsideration request received by the Centers for Medicare & Medicaid Services (CMS) based on the initial determination letter dated April 12, 2022 revoking your Medicare enrollment and adding you to the CMS Preclusion List.

In correspondence dated May 17, 2022, the initial determination letter was rescinded. For your convenience, a copy of the rescission letter is included. As a result, your Medicare enrollment has been restored and you will not be added to the CMS Preclusion List. Therefore, the issue set forth in the reconsideration request dated May 4, 2022 is no longer actionable. This issue is moot, and we are unable to render a decision on the matter.

If you have any further questions, please forward your inquiries to ProviderEnrollmentAppeals@cms.hhs.gov or mail it to the address above.

Sincerely,

*Timothy C. Trego*

Timothy C. Trego
Hearing Officer
Centers for Medicare & Medicaid Services

CC: Novitas JH;

Scott Nelson, MD
907 E Sunflower Rd, Ste 104
Cleveland, MS, 38732-2830

**EXHIBIT C**